[No. 45270-7-II.   Division Two.   December 30, 2014.]

CLUB LEVEL, INC., ET AL., *Appellants*, v. WASHINGTON STATE LIQUOR CONTROL BOARD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-01803-8, Chris Wickham, J., entered August 9, 2013. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 45275-8-II.   Division Two.   December 30, 2014.]

ANTHONY J. BUDZIUS ET AL., *Appellants*, v. LESLIE D. MILLER, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-3-02097-2, Garold E. Johnson, J., entered August 2, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Maxa, J.

[No. 45495-5-II.   Division Two.   December 30, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH PASCAL WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-00548-6, Katherine M. Stolz, J., entered October 11, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 45578-1-II.   Division Two.   December 30, 2014.]

LEWIS COUNTY ET AL., *Appellants*, v. GOLDEN UNICORN FAMILY TRUST ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 04-2-01028-2, James W. Lawler, J., entered October 18, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Sutton, JJ.